BOWE, Respondent, v. NATIONAL BANK OF SOUTH DAKOTA, et al, Appellants

(291 N. W. 573.)

(File No. 8307. Opinion filed April 10, 1940.)
Rehearing Denied May 28, 1940.

**Irving R. Crawford** and **I. O. Hagen,** both of Huron, for Appellants.

**George E. Longstaff,** of Huron, for Respondent.

PER CURIAM. The trial court extended the period of redemption from mortgage foreclosure sale to March 1, 1940, under the provisions of Chapter 145, Laws of 1939. The order having expired by its own terms, the questions presented on this appeal have become moot and the appeal is dismissed without costs to either party. Cf., Christiansen v. Prudential Life Insurance Company, 66 S. D. 404, 284 N. W. 437.

All the Judges concur.